UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :   Hon. William H. Walls

v. :   Crim. No. 13-0084

ANGELA DE JESUS-CONCEPCION :   ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rahul Agarwal, Assistant U.S. Attorney, appearing), and defendant Angela de Jesus-Concepcion (Kathleen M. Theurer, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having consented to entry of this Order; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 18 day of May, 2013,

ORDERED that the period from the date this Order is signed, up to and including July 31, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
Rahul Agarwal
Assistant U.S. Attorney


_____
Kathleen M. Theurer, Esq.
Counsel for defendant Angela de Jesus-Concepcion