# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 13-0084 |
| | : | |
| ANGELA DE JESUS-CONCEPCION | : | **ORDER FOR A CONTINUANCE** |
| a/k/a "Anna Conception" | : | |
| a/k/a "Isis Carolin Picardo" | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sara F. Merin, Assistant U.S. Attorney, appearing), and defendant Angela de Jesus-Concepcion (Kathleen M. Theurer, Esq., appearing), for an Order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and two prior continuanes having been granted since defendant's appearance before a judicial officer of this Court; and the defendant having consented to entry of this Order; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

(2) Defendant has consented to the aforementioned continuance;

1

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 4th day of ~~September,~~ October, 2013:

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 9, 2013; and it is further

ORDERED that the period from the date this Order is signed through and including December 9, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

Sara F. Merin
Assistant United States Attorney

Lisa M. Colone
Chief, General Crimes Unit

Kathleen M. Theurer, Esq.
Counsel for Angela de Jesus-Concepcion

2