UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls, U.S.D.J. |
| v. | : | Crim. No. 13-0084 |
| ANGELA DE JESUS-CONCEPCION<br>a/k/a "Anna Conception"<br>a/k/a "Isis Carolin Picardo" | : | **ORDER FOR A CONTINUANCE** |

**THIS MATTER** having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sara F. Merin, Assistant U.S. Attorney, appearing), and defendant Angela de Jesus-Concepcion (Kathleen M. Theurer, Esq., appearing), for an Order granting a continuance of the proceedings in the above-captioned matter through and including June 30, 2014; and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and six prior continuances having been granted since defendant's appearance before a judicial officer of this Court; and the defendant having consented to entry of this Order; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1)  This case is scheduled for trial on May 6, 2014;

(2)  An arraignment on the Superseding Indictment will be held before the trial date;

(3)  Defendant has consented to the aforementioned continuance; and

(4)     Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 29th day of April 2014;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including June 30, 2014; and it is further

**ORDERED** that the period from the date this Order is signed through and including June 30, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

_____
Sara F. Merin
Assistant United States Attorney

_____
Joseph Mack
Acting Deputy Chief, General Crimes Unit

_____
John Gay
Deputy Chief, Criminal Division

_____
Kathleen M. Theurer, Esq.
Counsel for Angela de Jesus-Concepcion

2